PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 6 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: ERIC KOMENAKA           Case Number: CR 02-00287SOM-02

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
                                       U.S. District Judge

Date of Original Sentence: 9/2/2003

Original Offense:   Count 1: Conspiracy to Possess With Intent to Distribute and Distribute in Excess of 50 Grams of Cocaine Base, a violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony

Original Sentence:  Fifty-one (51) months imprisonment and four (4) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 3) That the defendant provide the Probation Office access to any requested financial information.

Type of Supervision: Supervised Release    Date Supervision Commences: 3/31/2006

## PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

   4.   That the defendant be placed in Mahoney Hale, a community corrections center, for not more than 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.

## CAUSE

The offender is scheduled to begin supervised release on 3/31/2006. The offender is currently in Mahoney Hale as a U.S. Bureau of Prisons inmate. The offender is unable to secure a release residence. He has requested that he be allowed to remain at Mahoney Hale from the start of supervision on 3/31/2006, as a means for

Prob 12B
(7/93)

2

him to save money and eventually secure a residence. We believe he would benefit from remaining at Mahoney Hale.

It is respectfully recommended that the Court modify the offender's conditions of supervised release to include a placement at Mahoney Hale.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MERILEE N. LAU
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 3/13/2006

---

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] Other

SUSAN OKI MOLLWAY
U.S. District Judge

3/16/06
Date

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[X] To modify the conditions of supervision as follows:

4. That the defendant be placed in Mahoney Hale, a community corrections center, for not more than 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.

Witness: *Leonard McGee*
LEONARD McGEE
Case Manager

Signed: *Eric Komenaka*
ERIC KOMENAKA
Supervised Releasee

3-7-06
Date